SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
SEAN RICHMOND, Chief Deputy City Attorney (210138)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
ALLISON MONTONYE, Deputy City Attorney (341150)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE, CALIFORNIA, and SAN JOSE POLICE DEPARTMENT,<br>Defendants. | Case Number: 5:26-cv-10508-PCP<br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Defendant City of San Jose and Plaintiff United States of America hereby enter into the following stipulation:

WHEREAS, Plaintiff filed their Complaint on September 16, 2026;

WHEREAS, Plaintiff filed their First Amended Complaint on September 29, 2026;

WHEREAS, primary counsel for Defendant is on a pre-planned vacation out of the country from September 25, 2026, until October 12, 2026;

WHEREAS, on September 24, 2026, primary counsel for Defendant requested an extension to respond to the Complaint to Monday, November 2, 2026.

WHEREAS, counsel for Plaintiff has agreed to the requested extension;

WHEREFORE, the parties hereby agree that Defendant shall have until November 2, 2026, to respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

Dated: October 7, 2026

SUSANA ALCALA WOOD, City Attorney

By: /s/ Allison Montonye______
Allison Montonye
Deputy City Attorney

Attorney for CITY OF SAN JOSE

Dated: October 7, 2026

By: _/s/ Stephen D. Stamboulieh_____
Stephen D. Stamboulieh

Attorney for UNITED STATES OF AMERICA