# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| United States of America<br>*Plaintiff(s)*<br>v.<br>City of San Jose, and San Jose Police Department<br>*Defendant(s)* | Civil Action No. 5:26-cv-10508-SVK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

City of San Jose
c/o San Jose City Attorney
200 E. Santa Clara St., 16th Fl
San Jose, CA 95113

San Jose Police Department
c/o San Jose City Attorney
200 E. Santa Clara St., 16th Fl
San Jose, CA 95113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry K. Arrington
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 09/18/2026

K.ADAMS-MOFFETT
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:26-cv-10508-SVK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of San Jose, c/o San Jose City Attorney was received by me on *(date)* Sep 22, 2026.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Mark Gerhardt, Receptionist, at 200 E. Santa Clara St. 16th Fl., San Jose, CA 95113, who is designated by law to accept service of process on behalf of *(name of organization)* City of San Jose, c/o San Jose City Attorney, on *(date)* Mon, Sep 28, 2026, at 10:38 am; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____.

I declare under penalty of perjury that this information is true.

Date: 10/06/2026

*Server's signature*

Gary Genest

*Printed name and title*

7397 Prindiville Dr, San Jose, CA 95138

*Server's address*

Additional Document(s) Served:
Summons in a Civil Action (without case number); Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Civil Pretrial Standing Order; Standing Order For All Judges of the Northern District of California; Contents of Joint Case Management Statement; Settlement Conference Standing Order; Civil and Discovery Referral Matters Standing Order; Notice of Appearance filed by Tristan Silva, II; Notice of Appearance filed by Patrick Todd; Notice of Appearance filed by Stephen D. Stamboulieh Case assigned to Magistrate Judge Susan van Keulen

16919719